UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| **Plaintiff,** | * | **CASE NO. 8:13-cv-00358-JFM** |
| v. | * | |
| **JOHN DOE subscriber assigned IP address 108.18.234.84,** | * | |
| | * | |
| **Defendant.** | * | |

## NOTICE OF RELATED CASES

PLAINTIFF GIVES NOTICE that this is a BitTorrent copyright infringement case related to the currently pending cases listed below:

1. Malibu Media, LLC v. Doe, Case No. 8:13-cv-00350-PWG;
2. Malibu Media, LLC v. Doe, Case No. 8:13-cv-00351-PJM;
3. Malibu Media, LLC v. Doe, Case No. 8:13-cv-00352-ELH;
4. Malibu Media, LLC v. Doe, Case No. 8:13-cv-00353-MJG;
5. Malibu Media, LLC v. Doe, Case No. 8:13-cv-00354-RDB;
6. Malibu Media, LLC v. Doe, Case No. 8:13-cv-00355-AW;
7. Malibu Media, LLC v. Doe, Case No. 8:13-cv-00356-ELH;
8. Malibu Media, LLC v. Doe, Case No. 8:13-cv-00357-GLR;
9. Malibu Media, LLC v. Doe, Case No. 8:13-cv-00359-JFM;
10. Malibu Media, LLC v. Doe, Case No. 8:13-cv-00360-RWT;
11. Malibu Media, LLC v. Doe, Case No. 8:13-cv-00361-AW;
12. Malibu Media, LLC v. Doe, Case No. 8:13-cv-00362-RWT;
13. Malibu Media, LLC v. Doe, Case No. 8:13-cv-00363-CCB;

14. Malibu Media, LLC v. Doe, Case No. 8:13-cv-00364-PWG;

15. Malibu Media, LLC v. Doe, Case No. 8:13-cv-00365-PWG; and

16. Malibu Media, LLC v. Doe, Case No. 8:13-cv-00366-MJG.

Dated: February 11, 2013

                Respectfully submitted,
                MALIBU MEDIA, LLC.
                PLAINTIFF

                By: /s/*Jon A. Hoppe*
                Jon A. Hoppe, Esquire #6479
                Counsel
                Maddox, Hoppe, Hoofnagle &
                    Hafey, L.L.C.
                1401 Mercantile Lane #105
                Largo, Maryland 20774
                (301) 341-2580

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By: /s/*Jon A. Hoppe*